**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000070
30-MAR-2022
08:21 AM
Dkt. 10 OAWST**

NO. CAAP-22-0000070

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KAREN SHIRLIE ROSE and GLENN ROSE, Plaintiffs-Appellees, v.
CITY AND COUNTY OF HONOLULU; UKULELE FESTIVAL HAWAII,
a Hawaiʻi Nonprofit Corporation;
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC191001099)

ORDER APPROVING IN PART STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the March 24, 2022 Stipulation for Dismissal of Appeal Without Prejudice filed by Defendant-Appellant Ukulele Festival Hawaii, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal without prejudice and bear their own attorneys' fees and costs; and (3) the stipulation

is dated and signed by counsel for all parties appearing in the appeal.

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved in part, and the appeal is dismissed.[1] The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, March 30, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

---

[1]  The appeal cannot be dismissed without prejudice because a dismissal could, among other things, affect the parties' ability to appeal from prior decisions or orders in this case.  The parties may seek reconsideration of this order.